■ In the Matter of HARRIET RICHMAN, Appellant-Respondent, v DANIEL RICHMAN, Respondent-Appellant. — In a custody proceeding pursuant to article 6 of the Family Court Act, the petitioner mother appeals, as limited by her notice of appeal and a stipulation dated November 18, 1980 and filed with this court from so much of an order of the Family Court, Westchester County, dated May 17, 1979, as denied her application for a counsel fee, "without prejudice to renew in the Supreme Court." The father has, by the aforesaid stipulation, withdrawn his cross appeal from a stated portion of the same order. Order affirmed insofar as appealed from, without costs or disbursements. No opinion. Hopkins, J. P., Titone, Mangano and Rabin, JJ., concur.

■ In the Matter of WILLIAM STANBRIDGE, Respondent, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, Appellant. — In a proceeding pursuant to CPLR article 78 to (1) review appellant's determination, made after a hearing, which revoked petitioner's parole and (2) compel appellant to reinstate petitioner to parole, the appeal is from a judgment of the Supreme Court, Nassau County, entered June 2, 1980, which granted the petition to the extent of annulling the determination and directing that a new final parole revocation hearing be held. Leave to appeal is hereby granted by Mr. Justice Cohalan. Judgment reversed, on the law, without costs or disbursements, determination confirmed, and proceeding dismissed on the merits. The determination of the Parole Board is supported by the record. Mollen, P. J., Lazer, Rabin and Cohalan, JJ., concur.